UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23724-CIV-O'SULLIVAN
[CONSENT]

VICTOR TUDELA,
    Plaintiff,

vs.

BEST COPIER SUPPLIES, LLC, a
Florida Limited Liability Company, and
MARIA HERNANDEZ, individually,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Verified Declaration of Non-Compliance and Motion for Entry of Final Judgment (DE# 31, 12/20/10) filed by the plaintiff. Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> [E]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Verified Declaration of Non-Compliance and Motion for Entry of Final Judgment (DE# 31, 12/20/10) on or before **Monday, January 24, 2011**. The failure to file a response may result in an order granting the instant motion in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida this **10th** day of January, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record